UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMY ROSE BONNING,<br><br>　　　　　　Defendant. | Case No. 1:24-cr-00100-BLW<br><br>**MEMORANDUM DECISION & ORDER** |

### INTRODUCTION

Before the Court is Defendant Amy Rose Bonning's Motion to Dismiss the Indictment. For the reasons explained below, the Court will deny the motion.

### DISCUSSION

The Court will deny Bonning's pro se motion to dismiss because she is represented by counsel and did not receive permission from the Court to engage in hybrid representation. As a general rule, a defendant is not entitled represent herself when she is also represented by counsel. *See, e.g., United States v. Bergman*, 813 F.2d 1027, 1030 (9th Cir. 1987); *United States v. Olano*, 62 F.3d 1180, 1193 (9th Cir. 1995). And "[w]hether to allow hybrid representation, where the accused assumes some of the lawyer's functions, is within the sound discretion of the judge." *United States v. Williams*, 791 F.2d 1383, 1389 (9th Cir.

Order - 1

1986) (citation omitted). Here, the Court, in its discretion, declines to grant such permission to Bonning. Bonning has been assisted by excellent counsel in this case. She was initially represented by Rob Lewis and is currently represented by Dinko Hadzic. There is no reason to allow Bonning to supplement their representation by filing her own motions.

The Court notes that Bonning filed her pro se motion to dismiss by handing the motion to courtroom staff in the moments after an in-person hearing in which the Court had granted her first attorney's motion to withdraw and before her second attorney was appointed.[1] The Court will not allow Bonning to orchestrate the appearance of counsel in this fashion, which would theoretically grant her a moment in time in which to file pro se motions. If Bonning's new attorney would like to pursue a motion to dismiss the indictment, the Court will entertain it. But the currently pending motion, filed pro se, will be denied.

### ORDER

**IT IS ORDERED that** Defendant's pro se Motion to Dismiss the Indictment (Dkt. 43) is **DENIED.**



DATED: November 15, 2024

B. Lynn Winmill
U.S. District Court Judge

---

[1] The second attorney, Paul Riggins, had a conflict of interest, and the Court has since granted his motion to withdraw and appointed new counsel. *See* Dkts. 52, 53.

**Order - 2**