UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,

Plaintiff,

v.

AMY ROSE BONNING,

Defendant.

Case No. 1:24-cr-00100-BLW

**MEMORANDUM DECISION AND ORDER**

Before the Court are Defendant Amy Rose Bonning's Motion to Modify Financial Responsibility Payments (Dkt. 97) and renewed request for relief (Dkt. 105). For the reasons explained below, the Court will dismiss the motions.

Bonning asks the Court to modify her judgment to limit her financial responsibility payments during incarceration to $25 per quarter or, alternatively, to defer payments until after her release from prison. The Amended Judgment requires Bonning to make payments of "not less than $25 per quarter" pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program (IFRP). *See Am. Judgment* at 7, Dkt. 99. Bonning explains that the Bureau of Prisons (BOP) has determined that she should make larger payments, which she cannot afford.

Although Bonning frames her requests as motions to modify her judgment,

the substance of her complaint concerns the BOP's administration of the IFRP. Challenges to the execution of a sentence, including the BOP's administration of IFRP payments, must be brought through a petition under 28 U.S.C. § 2241 in the district of confinement, ordinarily after exhaustion of available administrative remedies. *See Hernandez v. Campbell,* 204 F.3d 861, 864 (9th Cir. 2000); *Ward v. Chavez,* 678 F.3d 1042, 1045–46 (9th Cir. 2012).

Moreover, to the extent Bonning seeks modification of the payment schedule established in her judgment, she has not demonstrated a material change in her economic circumstances since sentencing that would warrant modification under 18 U.S.C. § 3572(d)(3). For all these reasons, the Court will dismiss her motions without prejudice. Accordingly,

**IT IS ORDERED that** Defendant's Motion to Modify Financial Responsibility Payments (Dkt. 97) and renewed letter request for relief (Dkt. 105) are **DISMISSED WITHOUT PREJUDICE** to her ability to pursue relief under 28 U.S.C. § 2241 in the appropriate district.

DATED: October 27, 2026

B. Lynn Winmill
U.S. District Court Judge